was definitely harmful to the defendant and its reception was prejudicial to him. The defendant's objection to the testimony was timely, and we cannot say that admission of the testimony was harmless error.

The defendant has also assigned as error the giving of Plaintiff's Instruction No. 6. However, the conclusion which we have reached makes it unnecessary for us to pass upon this point.

For the reasons set forth above, the judgment of the Circuit Court of Winnebago County, Illinois, must be reversed and the cause remanded for a new trial.

Reversed and remanded.

WRIGHT, P. J. and CROW, J., concur.

**Vera Saxon, Appellee, v. Michael R. Saxon, Appellant.**

**Gen. No. 47,527.**

First District, First Division.

February 9, 1959.

Released for publication March 3, 1959.

Samuel Saxon (Harry G. Fins, of counsel)

for appellant; Jerome Berkson, for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**

**Vera Saxon, Appellee, v. Michael R. Saxon, Appellant.**

**Gen. No. 47,624.**

First District, First Division.

February 9, 1959.

Released for publication March 3, 1959.

Samuel Saxon, for appellant; Jerome Berkson, for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**